

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00414-CV

IN RE NICHOLAS BRIGANDI,                                    RELATORS
TAWNYA BRIGANDI, AND ALL
OTHER OCCUPANTS OF 2428
CHERRY LANE, LITTLE ELM,
TEXAS 75068

----------

ORIGINAL PROCEEDING
TRIAL COURT NOS. CV-2016-01542, E16-179J2

----------

## MEMORANDUM OPINION[1]

----------

After considering relators' petition for writ of mandamus and the response of the real parties in interest, the court is of the opinion that relief should be denied because relators have an adequate remedy by appealing Denton County Court at Law Number Two's October 18, 2016 dismissal order. Accordingly, relators' petition for writ of mandamus is denied. This court's November 3, 2016 stay order remains in effect until (1) the date a judgment issued by this court resolving a timely-filed appeal becomes final if relators timely file a notice of

---

[1]See Tex. R. App. P. 47.4., 52.8(d).

appeal or (2) if no appeal is filed, upon the expiration of the time for filing a motion for extension of time to file a notice of appeal.  *See* Tex. R. App. P. 26.3.

PER CURIAM

PANEL:  LIVINGSTON, C.J.; GABRIEL and SUDDERTH, JJ.

DELIVERED:  November 17, 2016